**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2095**

WINFRED F. NICHOLSON,

Plaintiff - Appellant,

v.

UNIFY FINANCIAL CREDIT UNION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:20-cv-01333-RDA-TCB)

Submitted: February 24, 2022                    Decided: February 28, 2022

Before GREGORY, Chief Judge, and NIEMEYER and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Winfred F. Nicholson, Appellant Pro Se. Craig Crandall Reilly, LAW OFFICE OF CRAIG C. REILLY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Winfred F. Nicholson appeals from the district court's order dismissing his complaint in which he asserted claims against the credit union based on its compliance with a notice of levy from the Internal Revenue Service. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nicholson v. UNIFY Fin. Credit Union*, No. 1:20-cv-01333-RDA-TCB (E.D. Va. Sept. 23, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*